No. 308, October Term, 1952. DALEHITE ET AL. *v.* UNITED STATES, 346 U. S. 15. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE, MR. JUSTICE DOUGLAS and MR. JUSTICE CLARK took no part in the consideration or decision of this motion.

No. 139. BERTEL ET AL. *v.* PANAMA TRANSPORT CO. ET AL., *ante,* p. 834. Motion for leave to file petition for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of this motion.

No. 74. FEITLER ET AL., TRADING AS GARDNER & CO., *v.* FEDERAL TRADE COMMISSION, *ante,* p. 814;

No. 122. WEISBROD *v.* UNITED STATES, *ante,* p. 819;

No. 131. COLLINS *v.* CALIFORNIA, *ante,* p. 803;

No. 135. GEHMAN *v.* SMITH, COLLECTOR OF INTERNAL REVENUE, *ante,* p. 820;

No. 146. FINNEGAN *v.* UNITED STATES, *ante,* p. 821;

No. 151. SIMPSON ET AL. *v.* CITY OF LOS ANGELES ET AL., *ante,* p. 802;

No. 164. GOLDBAUM ET AL. *v.* UNITED STATES, *ante,* p. 831;

No. 214. DAUGHERTY *v.* CALIFORNIA, *ante,* p. 827;

No. 268. BROWN *v.* ILLINOIS, *ante,* p. 804;

No. 45, Misc. EX PARTE COOPER, *ante,* p. 806;

No. 86, Misc. HENDRICKSON *v.* BALDI, SUPERINTENDENT, PHILADELPHIA COUNTY PRISON, PENNSYLVANIA, *ante,* p. 807; and

No. 113, Misc. TIMMONS *v.* COMMISSIONER OF INTERNAL REVENUE, *ante,* p. 860. Petitions for rehearing denied. THE CHIEF JUSTICE took no part in the consideration or decision of these applications.

No. 388, Misc., October Term, 1952. HOURIHAN *v.* NATIONAL LABOR RELATIONS BOARD ET AL., 345 U. S. 930.